UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : Civil Action No.: **1:15-cv-00358-TSE-MSN** |
| | : |
| **JOHN DOE subscriber assigned IP address 108.51.235.57,** | : |
| | : |
| **Defendant.** | : |

**MOTION TO QUASH THIRD PARTY SUBPOENA AND FOR PROTECTION PURSUANT TO RULE 45(d)**

Defendant, **JOHN DOE**, by counsel, pursuant to Fed. R. Civ. P. Rule 45(d)(1) and (3), and Local Rule 7 respectfully moves for the entry of an Order quashing the third party subpoena to Verizon FiOS [Dkt. 3, 4, 5, and 7] upon the grounds more fully set forth in the accompanying Memorandum in Support of Motion to Quash Subpoena.

Respectfully submitted,

Dated May 28, 2015      /s/
Sean D. O'Malie, Esq., VSB # 27993
Counsel for John Doe
Law Offices of Sean D. O'Malie, PLC
10513 Judicial Drive, Suite 301
Fairfax, Virginia 22030
(703) 273-7211 (tel.)
(703) 890-2395 (fax)
omaliesd@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 28th day of May, 2015, I filed this MOTION TO QUASH

1

THIRD PARTY SUBPOENA AND FOR PROTECTION PURSUANT TO RULE 45(d), using the CM/ECF system, which will then send a notification of such filing to Plaintiff's counsel:

> William E. Tabot, Esquire
> William E. Tabot PC
> 9248 Mosby Street
> Manassas, VA 20110-5038
> 703-530-7075 (tel.)
> 703-530-9125 (fax)
> wetabotesq@wetlawfirm.com
>
> and
>
> Jon Alexander Hoppe, Esquire
> Maddox, Hoppe, Hoofnagle & Hafey, LLC
> 1401 Mercantile Lane, # 105
> Largo, MD 20774
> (301) 312-1686 (tel.)
> (301) 341-5727 (fax)
> jhoppe@mhhhlawfirm.com

           Respectfully submitted,

           _____/s/_____
           Sean D. O'Malie, Esq., VSB # 27993
           Counsel for John Doe
           Law Offices of Sean D. O'Malie, PLC
           10513 Judicial Drive, Suite 301
           Fairfax, Virginia 22030
           (703) 273-7211 (tel.)
           (703) 890-2395 (fax)
           omaliesd@aol.com