IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|                Plaintiff, | ) |
|      v. | ) Civil Action No. 1:15-cv-358-TSE-MSN |
| JOHN DOE, subscriber assigned IP address 108.51.235.57, | ) |
|                Defendant. | ) |

## ORDER

Upon consideration of the record, it is hereby ORDERED that Defendant's Motion to Quash Third Party Subpoena and for Protection Pursuant to Rule 45(d) (Docket no. 11) is GRANTED in part and DENIED in part.  The Motion is denied as to quashing the third party subpoena issued to Verizon FiOS and granted as to allowing the Defendant to proceed anonymously on the record at this time.

ENTERED this 29th day of June 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia